

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Sharpe | Civil Action No. 16cv1947-MMA(AGS) |
| Plaintiff, | |
| V. | |
| Scott Kernan, Secretary | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies the Petition for Writ of Habeas Corpus and denies Petitioner's request for an evidentiary hearing. Further, the Court declines to issue a certificate of appealability. The Clerk of Court is instructed to enter judgment accordingly and close the case

Date: 3/12/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Chapman
R. Chapman, Deputy